**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7757**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LESTER MATTHEW PATTERSON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-94-51, CA-95-139-5-BO)

———————————

Submitted: August 19, 1997      Decided: September 10, 1997

———————————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lester Matthew Patterson, Appellant Pro Se. Fenita Talore Morris, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to amend a motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). After final judgment, a plaintiff may amend his complaint under Fed. R. Civ. P. 15(a) only with leave of court after the judgment has been set aside under Fed. R. Civ. P. 59 or 60(b). Figgie Int'l Inc. v. Miller, 966 F.2d 1178, 1179 (7th Cir. 1992). We review denial of leave for abuse of discretion. Id. As we find no abuse of discretion in the district court's decision here, we affirm his judgment. We grant Appellant's motion to file a supplemental informal brief, but deny Appellant's motions for production of documents, to hold the appeal in abeyance to amend the appellate record, and to stay the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED